**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **DARWIN KNIGHT (AIS # 194598),** | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION 08-0301-KD-C |
| **ALLEN LANG,** *et al.*, | : |
| Defendants. | : |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated January 25, 2010 is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that Plaintiff's Complaint is **DISMISSED** with prejudice.

**DONE** and **ORDERED** this **12th** day of **February 2010.**

                                                  /s/ Kristi K. DuBose
                                                  **KRISTI K. DuBOSE**
                                                  **UNITED STATES DISTRICT JUDGE**