IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DARWIN KNIGHT,** | : | |
| **Plaintiff,** | : | |
| vs. | : | **CIVIL ACTION NO.: 08-0301-KD-C** |
| **OFFICER LANE,** *et. al.*, | : | |
| **Defendants.** | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to Darwin Knight's motion for leave to appeal *in forma pauperis* (Doc. 26), the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(3) is **ADOPTED** as the opinion of this Court. It is **CERTIFIED** that this appeal is not taken in good faith in that the plaintiff has failed to show that he has a non-frivolous issue to be presented to the Eleventh Circuit Court of Appeals. Therefore, Plaintiff Knight's motion for leave to appeal *in forma pauperis* is **DENIED.**

**DONE** and **ORDERED** this the **13th** day of **April 2010.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**